No. 151, Misc. FIELDS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 152, Misc. ELKSNIS v. FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 153, Misc. OLSON v. TAHASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 154, Misc. ARNOLD v. BOSTICK. C. A. 9th Cir. Certiorari denied.

No. 156, Misc. CAPOLINO v. KELLY, COLLECTOR OF CUSTOMS. C. A. 2d Cir. Certiorari denied. *Leo Otis* for petitioner. *Solicitor General Cox* for respondent.

No. 157, Misc. HUDSON v. ARCENEAUX ET AL. Sup. Ct. La. Certiorari denied. *J. Minos Simon* for petitioner.

No. 159, Misc. BURTON v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 160, Misc. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 161, Misc. PEARSON ET UX. v. BIRDWELL ET AL. Sup. Ct. Cal. Certiorari denied. *Edgar Paul Boyko* for petitioners.

No. 163, Misc. MADDOX v. HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied.